IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 8:15CR 88 |
| Plaintiff, ) | |
| ) | **INDICTMENT** |
| vs. ) | [18 U.S.C. §113(a)(2) |
| ) | 18 U.S.C. §113(a)(3) |
| ROMAN PERALES, ) | 18 U.S.C. §924(c)(1)(A)(iii) |
| ) | 18 U.S.C. §1153 |
| ) | 18 U.S.C. §875(c)] |
| Defendant. ) | |

The Grand Jury charges:

### COUNT I

On or about the 22nd day of September, 2014, in the District of Nebraska, on and within the Winnebago Indian Reservation, the Defendant, ROMAN PERALES a Native American male, with intent to commit any felony, to wit: to unlawfully and intentionally discharge a firearm at an inhabited dwelling house in violation of Nebraska Revised Statute Section 28-1212.02, did assault C.V. Sr, D.V., W.V., E.V., C.V., C.V., D.V., and B.H., all Native Americans, by discharging a firearm at the residence occupied by said individuals.

In violation of Title 18, United States Code, Sections 113(a)(2) and 1153.

### COUNT II

On or about the 22nd day of September, 2014, in the District of Nebraska, on and within the Winnebago Indian Reservation, the Defendant, ROMAN PERALES a Native American male, with intent to commit any felony, to wit: to willfully and maliciously destroy or injure any structure, conveyance, or other real or personal property in violation of Title 18, United States Code, Section 1363, did assault C.V. Sr, D.V., W.V., E.V., C.V., C.V., D.V., and B.H., all Native Americans, by discharging a firearm at the residence occupied by said individuals and at an automobile parked outside of the residence.

In violation of Title 18, United States Code, Sections 113(a)(2) and 1153.

### COUNT III

On or about the 22nd day of September, 2014, in the District of Nebraska, on and within the Winnebago Indian Reservation, the defendant, ROMAN PERALES a Native American male, did assault C.V. Sr, D.V., W.V., E.V., C.V., C.V., D.V., and B.H., all Native Americans, with a

dangerous weapon with intent to do bodily harm by discharging a firearm at the residence occupied by said individuals and at an automobile parked outside of the residence.

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

### COUNT IV

On or about the 22nd day of September, 2014, in the District of Nebraska, the defendant, ROMAN PERALES, did knowingly use, carry, and discharge a firearm, that is, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: (a) assault with intent to commit any felony; and (b) assault with a dangerous weapon.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

### COUNT V

On or about the 13th day of September, 2014, in the District of Nebraska, the defendant, ROMAN PERALES, knowingly and willfully did transmit in interstate and foreign commerce, via a cell phone or computer and the internet, a threatening communication to others, that is, a communication containing a threat to injure the person of another, specifically, a threat to injure B.B., a person residing in Winnebago, Nebraska.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
DOUGLAS R. SEMISCH (#16655)
Assistant U.S. Attorney

2